# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MERINO,<br><br>  Petitioner,<br><br>  v.<br><br>SHAWN HATTON, Warden,<br><br>  Respondent. | Case No. CV 13-8616-VAP (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 23, 2018

_____
VIRGINIA A. PHILLIPS
CHIEF U.S. DISTRICT JUDGE